### BOWERS et al. v. DEAN et al.

BELL, Justice. Under the evidence introduced, including the positively verified petition, the judge did not abuse his discretion in granting an interlocutory injunction. *Sapp* v. *Ritch*, 169 *Ga.* 33 (3) (149 S. E. 636); *Volunteer State Life Ins. Co.* v. *Chapman*, 173 *Ga.* 633 (160 S. E. 783); *Roberts* v. *Roberts*, 180 *Ga.* 671 (3) (180 S. E. 491); *Atlantic Coast Line R. Co.* v. *Gunn*, 185 *Ga.* 108 (4) (194 S. E. 365); *Simon* v. *Simon*, 185 *Ga.* 385 (195 S. E. 430). *Judgment affirmed. All the Justices concur.*
No. 12682. FEBRUARY 17, 1939. REHEARING DENIED MARCH 10, 1939.

*Poole, Pearce, Richardson & Graham,* for plaintiff in error.